UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,                    CRIMINAL NO. 07-202 (DSD/JSM)

Plaintiff,

v.                                                                    ORDER

SANTANA TURNAGE,
a/k/a Dontae Jones,
a/k/a Terrell Lobley,
a/k/a Shawtas Turnage,
a/k/a Kelvin Laron Smith

Defendant.

JANIE S. MAYERON, U.S. Magistrate Judge

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated August 24, 2007. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that:

1.    Defendant's Motion to Suppress Fruits of Unlawful Arrest and Search and Seizure [Docket No. 16]is **DENIED**.


Dated: September 11, 2007

                                        s/David S. Doty
                                        David S. Doty
                                        United States District Court Judge